# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JUN LI XIAO,

    Petitioner,

v.                                            CASE NO. 4:09cv42-RH/WCS

ERIC H. HOLDER, JR., et al.,

    Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

This case is before the court on the magistrate judge's report and recommendation (document 18). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed as moot." The clerk must close the file.

SO ORDERED on September 9, 2009.

                                                s/Robert L. Hinkle
                                                United States District Judge